# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 08-00175-CJC(MLGx) | Date | March 10, 2009 |
|---|---|---|---|
| Title | Darryl Howard v. AMCO Insurance Company, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Michelle Urie | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER CONTINUING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution to plaintiff on October 23, 2008.

Plaintiff filed a response to the Order to Show Cause on October 27, 2008 and defendant filed a response on November 6, 2008. However, on January 20, 2009, Judge Carney granted defendant's request for approval of substitution of attorney.

The Order to Show Cause re Dismissal for Lack of Prosecution is continued, in writing, to March 27, 2009. A Joint Rule 26(f) Report (FRCivP 26) shall obviate the need to respond to this Order to Show Cause.

_____ : 0

Initials of Preparer  mu